**FILED**
AUG 26 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**FILED**
Sept 16 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: AD
DEPUTY

UNITED STATES OF AMERICA

v.

**SHAYKEIEM AKEIL GRIFFIN**

**CRIMINAL COMPLAINT**

CASE NUMBER: W19-205M
1:19-m-568

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about **September 14, 2018,** in **Bell** County, in the <u>Western</u> District of <u>Texas</u>, defendant(s), **a sex offender as defined for the purposes of the Sex Offender Registration and Notification Act by reason of a conviction under Federal Law, did knowingly fail to register or update a registration as required by the Sex Offender Registration and Notification Act,** in violation of Title **18**, United States Code, Section(s) **2250(a)(2)(B) and (3)**.

I further state that I am a(n) **Deputy Marshal, United States Marshals Service**, and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

continued on the attached sheet and made a part hereof: YES

_____
ANTON SLAVICH, Deputy Marshal
United States Marshals Service

Sworn to before me and subscribed in my presence,

August 26, 2019          Waco, Texas
Date                     City and State

Jeffrey C. Manske
U.S. Magistrate Judge          _____
Name & Title of Judicial Officer   Signature of Judicial Officer

# AFFIDAVIT FOR ARREST WARRANT

WESTERN DISTRICT OF TEXAS           )
WACO DIVISION                       )
SUBJECT: Shaykeiem Akeil GRIFFIN    )

Your Affiant, Anton Slavich, is employed as a Deputy/Criminal Investigator with the United States Marshals Service (USMS). I have been employed by the USMS for approximately 17 years, and I am further assigned to the Lone Star Fugitive Task Force, Western District of Texas, Waco Division. One of my assignments is locating fugitives for the USMS, other federal, state county and municipal law enforcement agencies. I am also responsible for the enforcement and investigation of federal laws and statues including violations of 18 USC 2250. Your Affiant being duly sworn, and on oath makes the following statement and accusations:

1. In 2015 the Subject was convicted by a Court Martial at Fort Riley, Kansas of a violation of Article 120 Sexual Assault of Child under the Uniform Code of Military Justice (UCMJ). Due to this conviction the Subject would a lifetime duty to register as a sex offender in the state of Texas.
2. On January 4th, 2018 the Subject registered with the Killeen, Texas Police Department Sex Offender Registry Unit. The Subject did not complete the registration process and was re-scheduled to complete the process on January 17th, 2018. The Subject did not show for this appointment.
3. During the Subject's registration process the Subject was advised of his duties to register and to update his registration as required by SORNA and the Texas Code of Criminal Procedure.
4. Further, the Subject was instructed to appear at the Killeen Police Department in person to update his registration annually on September 14th. The Subject was scheduled to appear on September 14th, 2018 and failed to appear to update.
5. Based on the foregoing I believe the Subject has failed to comply with SORNA and has committed a violation of 18 USC 2250.
6. I request this honorable court issue an arrest warrant for the Subject.

_____
ANTON SLAVICH, Deputy
United States Marshals Service

SWORN TO AND SUBSCRIBED before me on the ____ day of August, 2019.

_____
JEFFREY C. MANSKE
United States Magistrate Judge